# Third District Court of Appeal

## State of Florida

Opinion filed October 22, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2018
Lower Tribunal No. 08-43476-CA-01
_____

**Eduardo V. Valdes and Cheryl M. Valdes,**
Appellants,

vs.

**The Bank of New York as Trustee for Registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2006-19,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Thomas J. Rebull, Judge.

Keystone Law Firm, P.A., and Frank Wolland and Eliezer S. Poupko, for appellants.

Kahane & Associates, P.A., and Robert Kahane and Cassandra Jeffries (Sunrise), for appellee.


Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.  See Perkins v. Salem, 249 So. 2d 466, 467 (Fla. 1st DCA 1971) ("Upon a consideration of the grounds for the second and successive motion for relief as set forth therein, it is apparent that each of such grounds is identical with those incorporated in the first motion for relief filed by appellant, or relate to matters of evidence and procedure which with due diligence could have been included in such motion as grounds for the relief prayed.  The court's denial of the initial motion for relief was therefore res judicata as to all the grounds assigned as a basis for relief in the second and successive motion.  The trial court was eminently correct in denying the relief prayed for, and the order denying such relief is therefore affirmed.") (footnote omitted); Streater v. Stamper, 466 So. 2d 397, 398 (Fla. 1st DCA 1985) ("[T]o the extent that the [ ] motion merely renews the allegations upon which relief was previously denied, the doctrine of *res judicata* precludes relitigation of the issue presented.").